IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:06CR31-3

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| MARTHA FENDER BYRD, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

THIS CAUSE coming on to be heard and being heard before the undersigned on July 6, 2006 upon a motion filed by the defendant entitled, "Motion to Modify Bond" and it appearing to the court that the pleadings in the motion do not show good cause to allow the defendant to be released on terms and conditions of pretrial release but that other conditions have arisen such that the undersigned has determined to release the defendant on terms and conditions of pretrial release.

### ORDER

1. It is, therefore **ORDERED** that the "Motion to Modify Bond" filed by the defendant is hereby **DENIED.**

2. For other good cause and sufficient reason, the undersigned has determined to release the defendant on terms and conditions of pretrial release as set forth in the order filed by the undersigned setting terms and conditions of pretrial

release for this defendant.

Signed: July 18, 2006

Dennis L. Howell
United States Magistrate Judge

2

Case 1:06-cr-00031-MR-WCM    Document 161    Filed 07/18/06    Page 2 of 2